**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**CENTRAL DIVISION**

**SHARON SWEENEY** **PLAINTIFF**

**v.** **CASE NO. 4:25-CV-00232-BSM**

**CENTRAL ARKANSAS WATER** **DEFENDANT**

**JUDGMENT**

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 17th day of September, 2026.

Brian S. Miller

UNITED STATES DISTRICT JUDGE